**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| CHRISTOPHER HARTSOCH, | |
| Plaintiff, | CV-18-151-GF-BMM |
| vs. | |
| | **ORDER** |
| EQUINOR ENERGY LP, f/k/a STATOIL & GAS LP, and J&R WELL SERVICE, LLC, | |
| Defendants. | |

Pursuant to the Joint Motion to Dismiss, (Doc. 31), IT IS HEREBY

ORDERED that all claims and causes of action between Plaintiff and Defendants

are dismissed with prejudice. Each of the parties will bear their own fees and costs.

DATED this 9th day of March, 2020.


_____

Brian Morris
United States District Court Judge